

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  STEVEN W. MYHRE
   Nevada Bar No. 9635
2  Acting United States Attorney
   PHILLIP N. SMITH, JR.
3  Nevada Bar No. 10233
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6503 / Fax: (702) 388-5087
   phillip.smith@usdoj.gov
6
7  *Counsel for the United States*

FILED
2017 OCT -5 PM 1:03
U.S. MAGISTRATE JUDGE
BY_____

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAQUILLA STAFFORD, aka<br>Shaquilla Brown,<br><br>Defendant. | **Magistrate No.**   2:17-mj-00965-VCF<br><br>**MOTION TO SEAL**<br><br>**(FILED UNDER SEAL)** |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

///

///

1

The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED: October 5, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2

```
                                        FILED
                                    2017 OCT -5 PM 1:03
                                    U.S. MAGISTRATE JUDGE
                                    BY_____
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAQUILLA STAFFORD, aka<br>Shaquilla Brown,<br><br>    Defendant. | Magistrate No.  2:17-mj-00965-VCF<br><br>**ORDER TO SEAL**<br><br>**(Filed Under Seal)** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this ___5th___ day of October, 2017.

_____
United States Magistrate Judge

3