STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar Number 9635
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
Nevada State Bar Number 9359
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Magistrate No. 2:17-mj-00965-VCF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAQUILLA STAFFORD, aka | ) | |
| Shaquilla Brown, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre,
Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney,
counsel for the United States of America, and Telia U. Williams, Esq. counsel for Defendant

-1-

SHAQUILLA BROWN (née STAFFORD), that the preliminary hearing for the above-captioned matter, currently scheduled for October 24, 2017, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1.      The Government has made an early offer, and production of some discovery to the Defendant, in an effort to reach a pre-indictment plea agreement.

2.      Counsel for the Defendant has reviewed the discovery and the offer with the Defendant, but requires additional time to adequately review these items with the Defendant to her satisfaction.

3.      If the Defendant and the Government succeed in forging an early agreement, the Government will be expected to tender a proposed written plea agreement to the Defendant. Said plea agreement will obviate the need for either a preliminary hearing in this matter, or for the Government to present this matter to a federal grand jury.

4.      Thirty days are therefore requested in which to provide counsel for the Defendant sufficient time to consider any proposed plea agreement, and advise her client concerning it.

3.      The Defendant is in custody, but she does not object to the continuance.

4.      Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government, and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

/ / /

/ / /

7.     This is the first request for a continuance of the preliminary hearing herein.

DATED:  October 23, 2017.


_____/s/_____          _____/s/_____
PHILLIP N. SMITH, JR.                                TELIA WILLIAMS, ESQ.
Assistant United States Attorney              Counsel for the Defendant
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-mj-00965-VCF** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| SHAQUILLA STAFFORD, aka, | ) | |
| Shaquilla Brown, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for October 24, 2017, at the hour of 4:00 p.m., be vacated and continued to November 27 _____, 2017 at the hour of ___4:00 P___ _____.m. in courtroom 3D.

_____

UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2017

-4-