DAYLE ELIESON
United States Attorney
District of Nevada
ALLISON REESE
Assistant United States Attorney
Nevada State Bar No. 13977
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
allison.reese@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | **2:17-cr-00402-RCJ-CWH** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SHAQUILLA STAFFORD, | ) | |
| Defendant. | ) | |

## **STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Crane Pomerantz, counsel for Defendant SHAQUILLA STAFFORD, that the date for the Government to file a response to the Defendant's Motion to Suppress Evidence (ECF No. 33) be extended for one week, specifically to **May 11, 2018**.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on April 20, 2018. *See* ECF No. 33. The Government's response deadline is presently May 4, 2018.

-1-

2. Counsel for the Government will be out of the district from May 2, 2018 through the present deadline and therefore requires additional time to respond.

3. The Defendant is incarcerated, but she does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government adequate time to respond.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: May 3, 2018.

/s/
ALLISON REESE
Assistant United States Attorney
Counsel for the United States

/s/
CRANE M. POMERANTZ
SklarWilliams, PLLC
Counsel for Defendant SHAQUILLA STAFFORD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00402-RCJ-CWH |
| Plaintiff, | |
| v. | |
| SHAQUILLA STAFFORD, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on April 20, 2018. *See* ECF No. 33. The Government's response deadline is presently May 4, 2018.

2. Counsel for the Government will be out of the district from May 2, 2018 through the present deadline and therefore requires additional time to respond.

3. The Defendant is incarcerated, but she does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government adequate time to respond.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

. . .

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

## **CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government adequate time to respond. The failure to grant said continuance would likely result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until _____May 11_____, 2018.

DATED this __3rd__ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE